___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date:   March 3, 2017

SACV 16-01596-JLS (AFM) AmeriCare MedServices, Inc. v. City of Huntington Beach
SACV 16- 01759-JLS (AFM) AmeriCare MedServices, Inc. v. City of La Habra, et al.
SACV 16-01765-JLS (AFM) AmeriCare MedServices, Inc. v. City of Fullerton, et al.
SACV 16-01795-JLS (AFM) AmeriCare MedServices, Inc. v. City of Fountain Valley, et al.
SACV 16-01804-JLS (AFM) AmeriCare MedServices, Inc. v. City of Costa Mesa, et al.
SACV 16-01724-JLS (AFM) AmeriCare MedServices, Inc. v. City of Newport Beach
SACV 16-01806-JLS (AFM) AmeriCare MedServices, Inc. v. City of Garden Grove, et al.
SACV 16-01703-JLS (AFM) AmeriCare MedServices, Inc. v. City of Anaheim, et al.
SACV 16-01817-JLS (AFM) AmeriCare MedServices, Inc. v. City of Laguna Beach
SACV 16-01832-JLS (AFM) AmeriCare MedServices, Inc. v. City of Buena Park, et al.
SACV 16-01852-JLS (AFM) AmeriCare MedServices, Inc. v. City of San Clemente, et al.
SACV 16-01680-JLS (AFM) AmeriCare MedServices, Inc. v. City of Orange

___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Evelyn Synagogue | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Jarod Michael Bona | Michael J Vigliotta |
| William A Markham | James Eggart |
| Aaron Gott | James R Touchstone |
| Chris E Stiner | Kendall H MacVey |
| | Faisal M Zubairi |
| | Paul I Sung |
| | Bryan Martin McGarry |
| | Colin Robert Burns |
| | Philip D Kohn |
| | Michael Gates |
| | Denah Hoard |
| | Jeffrey Dunn |
| | Romtin Parvaresh |

___

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date:   March 3, 2017

SACV 16-01596-JLS (AFM) AmeriCare MedServices, Inc. v. City of Huntington Beach
SACV 16- 01759-JLS (AFM) AmeriCare MedServices, Inc. v. City of La Habra, et al.
SACV 16-01765-JLS (AFM) AmeriCare MedServices, Inc. v. City of Fullerton, et al.
SACV 16-01795-JLS (AFM) AmeriCare MedServices, Inc. v. City of Fountain Valley, et al.
SACV 16-01804-JLS (AFM) AmeriCare MedServices, Inc. v. City of Costa Mesa, et al.
SACV 16-01724-JLS (AFM) AmeriCare MedServices, Inc. v. City of Newport Beach
SACV 16-01806-JLS (AFM) AmeriCare MedServices, Inc. v. City of Garden Grove, et al.
SACV 16-01703-JLS (AFM) AmeriCare MedServices, Inc. v. City of Anaheim, et al.
SACV 16-01817-JLS (AFM) AmeriCare MedServices, Inc. v. City of Laguna Beach
SACV 16-01832-JLS (AFM) AmeriCare MedServices, Inc. v. City of Buena Park, et al.
SACV 16-01852-JLS (AFM) AmeriCare MedServices, Inc. v. City of San Clemente, et al.
SACV 16-01680-JLS (AFM) AmeriCare MedServices, Inc. v. City of Orange

**Proceedings:**   City of Huntington Beach's Motion to Dismiss First Amended Complaint [25]; City of San Clemente's Motion to Dismiss [23]; City of Buena Park's Motion to Dismiss Amended Complaint [24]; City of Laguna Beach's Motion to Dismiss Entire Action [20]; City of Garden Grove's Motion to Dismiss Amended Complaint [25]; City of Newport Beach's Motion to Dismiss Entire Action [22]; City of Anaheim's Motion to Dismiss Entire [28]; City of Orange's Motion to Dismiss Plaintiff's Amended Complaint [24]; City of Fullerton's Motion to Dismiss Amended Complaint [28]; City of La Habra's Motion to Dismiss Amended Complaint [28]; City of Costa Mesa's Motion to Dismiss Amended Complaint [25]; City of Fountain Valley's Motion to Dismiss Plaintiff's Amended Complaint [23]

Hearing held.  Oral arguments heard.  Matters taken under submission by the Court.

                                               ___ : ___.3
                Initials of Preparer:           es